<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1353

PUGLIA MARINE, INCORPORATED,

Plaintiff - Appellant,

versus

TRINITY YACHTS,

Defendant - Appellee,

and

HALTER MARINE, INCORPORATED,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CA-00-3949-4-22)

Argued: October 28, 2004          Decided: November 19, 2004

Before WILKINSON and WILLIAMS, Circuit Judges, and Glen E. CONRAD, United States District Judge for the Western District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Keith Moss Babcock, LEWIS, BABCOCK & HAWKINS, Columbia, South Carolina, for Appellant.  Stewart Foster Peck, LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, New Orleans, Louisiana, for Appellee.  **ON BRIEF:** Robert Monroe Erwin, Jr., Greenwood, South Carolina; Arthur Camden Lewis, LEWIS, BABCOCK & HAWKINS, Columbia,

South Carolina, for Appellant. Richard S. Rosen, Alice F. Paylor, ROSEN, ROSEN & HAGOOD, Charleston, South Carolina; Kristopher M. Redmann, David B. Sharpe, LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, New Orleans, Louisiana, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This case arises from a dispute over the insurance proceeds paid on a yacht that was destroyed by a fire. Puglia Marine appeals the district court's grant of summary judgment to Trinity Yachts on Puglia Marine's claims for unjust enrichment, promissory estoppel, and breach of contract.

We review the granting of summary judgment de novo. We have reviewed the record, briefs, and applicable case law on this matter, and we have had the benefit of oral argument. Our careful review persuades us that the rulings of the district court were correct. Accordingly, we affirm the judgments in favor of Trinity Yachts on the reasoning of the district court. See Puglia Marine Dev., Inc. v. Halter Marine, Inc. & Trinity Yachts, C.A. No. 4:00-3949-22 (D.S.C. March 31, 2003 and Feb. 17, 2004).

AFFIRMED

3